# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN MARTIN BAIN                                        PLAINTIFF

v.                      No: 4:18-cv-250 DPM

TIM RYALS, Faulkner County Sheriff;
CHRISTOPHER REIDMEULLER, Jail
Administrator, Faulkner County Detention
Center; GARY ANDREWS, Lieutenant,
FCDC; RUSTY PAGE, Sergeant, FCDC;
ANDREW HUMPHREY, Corporal,
FCDC; GARRY STEWART, Doctor; and
MONTE MUNYAN, Nurse                                     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Bain hasn't updated his address; and the time to do so has passed. № 19. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2018