# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN MARTIN BAIN                                        PLAINTIFF

v.                      No: 4:18-cv-250 DPM

TIM RYALS, Faulkner County Sheriff;
CHRISTOPHER REIDMEULLER, Jail
Administrator, Faulkner County Detention
Center; GARY ANDREWS, Lieutenant,
FCDC; RUSTY PAGE, Sergeant, FCDC;
ANDREW HUMPHREY, Corporal,
FCDC; GARRY STEWART, Doctor; and
MONTE MUNYAN, Nurse                                     DEFENDANTS

## JUDGMENT

Bain's complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

27 June 2018